Deputy District Attorney, and *Richard A. Sprague,* First Assistant District Attorney, for Commonwealth, appellant; *David N. Savitt,* with him *John Patrick Walsh,* and *Walsh & Savitt,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., absent.

## Commonwealth, Appellant, *v.* H. H. Robertson Company.

Argued September 18, 1970.

*Arlen Specter,* District Attorney, with him *John Rogers Carroll,* Special Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Richard A. Sprague,* First Assistant District Attorney, for Commonwealth, appellant; *Henry T. Reath,* with him *Robert L. Pratter,* and *Duane, Morris & Heckscher,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., absent.

## Commonwealth, Appellant, *v.* McCloskey.

Argued September 18, 1970.

*Arlen Specter,* District Attorney, with him *John Rogers Carroll,* Special Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Richard A. Sprague,* First Assistant District Attorney, for Commonwealth, appellant; *Howard Gittis,* with him *Steven A. Arbittier,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., absent.

## Commonwealth, Appellant, *v.* McCloskey Construction Company.

Argued September 18, 1970. *Arlen Specter,* District Attorney, with him *John Rogers Carroll,* Special Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Richard A. Sprague,* First Assistant District Attorney, for Commonwealth, appellant; *Howard Gittis,* with him *Steven A. Arbittier,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., absent.

## Commonwealth, Appellant, *v.* McCormick Taylor Associates.